UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION,<br><br>Defendant. | Case No.: 18-CV-1292 JLS (KSC)<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>(ECF No. 9) |

Presently before the Court is Defendant and Counterclaimant National Strength and Conditioning Association's (the "NSCA") Motion to Dismiss or Stay Pending Resolution of the Underlying State and Federal Lawsuits ("Mot.," ECF No. 9). In reviewing the Motion and all related documents filed by the Parties, the Court finds supplemental briefing would be helpful. Specifically, the Court takes judicial notice of the fact that the NSCA voluntarily dismissed *NSCA v. Glassman*, No. 37-2016-00014339-CU-DF-CTL (Cal. Super. filed May 2, 2016) (the "State Lawsuit") on December 3, 2018,[1] following the close of briefing on the instant Motion. The Court therefore **ORDERS** that each party file a

---

[1] The Court can *sua sponte* take judicial notice of the docket of the underlying State Lawsuit. *See, e.g.*, *Headwaters, Inc. v. U.S. Forest Serv.*, 399 F.3d 1047, 1051 n.3 (9th Cir. 2005) (holding that courts may take judicial notice of the docket in related cases because materials from a proceeding in another tribunal are appropriate for judicial notice)).

supplemental brief, not to exceed <u>ten (10) pages</u>, <u>on or before January 10, 2019</u>, addressing the effect, if any, of the dismissal of the State Lawsuit on the NSCA's Motion.

**IT IS SO ORDERED.**

Dated: December 27, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge