UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br><br>                                    Plaintiff,<br><br>v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION,<br><br>                                    Defendant. | Case No.:  18-CV-1292 JLS (KSC)<br><br>**ORDER CONTINUING HEARING**<br><br>(ECF Nos. 49, 56, 59) |
| NATIONAL STRENGTH AND CONDITIONING ASSOCIATION,<br><br>                                    Counter-Claimant,<br><br>v.<br><br>NATIONAL CASUALTY COMPANY,<br><br>                                    Counter-Defendant. | |

Presently before the Court are Plaintiff/Counter-Defendant National Casualty Company's Motion for Summary Judgment (ECF No. 49) and a Motion for Partial Summary Judgment filed by Defendant/Counter-Claimant National Strength and Conditioning Association ("NSCA") (ECF No. 56) (together, the "Motions"), which are

1

1  set to be heard on April 30, 2020.  *See* ECF No. 59.  On its own motion, the Court
2  **CONTINUES** the hearing on the Motions to June 11, 2020 at 1:30 p.m. in Courtroom 4D.
3      **IT IS SO ORDERED.**
4
5  Dated:  April 20, 2020

                                            Hon. Janis L. Sammartino
                                            United States District Judge