UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br><br>                                Plaintiff,<br><br>v.<br><br>NATIONAL STRENGTH AND<br>CONDITIONING ASSOCIATION,<br><br>                              Defendant.<br><br>NATIONAL STRENGTH AND<br>CONDITIONING ASSOCIATION,<br><br>                          Counter-Claimant,<br><br>v.<br><br>NATIONAL CASUALTY COMPANY,<br><br>                          Counter-Defendant. | Case No.: 18-CV-1292 JLS (KSC)<br><br>**ORDER GRANTING NATIONAL STRENGTH AND CONDITIONING ASSOCIATION'S UNOPPOSED SECOND MOTION TO EXTEND STAY OF CASE FOR MEDIATION OF CROSSFIT LITIGATION AND INSURANCE MATTERS**<br><br>(ECF Nos. 119, 121) |

      Presently before the Court is the Unopposed Second Motion to Extend Stay of Case for Mediation of CrossFit Litigation and Insurance Matters ("Mot.," ECF No. 121)[1] filed

---

[1] Defendant and Counter-Claimant National Strength and Conditioning Association first filed this Motion on December 4, 2020, *see* ECF No. 119, but withdrew the Motion on December 7, 2020, in order to re-

by Defendant and Counter-Claimant National Strength and Conditioning Association ("NSCA"). NSCA reports that, "[d]espite the diligent efforts by the mediators and parties, the mediation and efforts to settle these matters are continuing due to the complex issues involved." *Id.* at 1. NSCA therefore requests that the Court "extend[] the stay of this case to a date certain on or after February 5, 2021, to permit completion of the substantial ongoing mediation activities." *Id.* at 5. Plaintiff and Counter-Defendant National Casualty Company does not oppose the Motion. *See id.*

Good cause appearing, the Court **GRANTS** the Motion (ECF No. 121) and **EXTENDS** the stay of this action <u>through February 5, 2021</u>. The Parties **SHALL FILE** a joint status report <u>on or before February 12, 2021</u>, apprising the Court of the status of the mediation and this action.

**IT IS SO ORDERED.**

Dated: December 8, 2020

*[signature]*
Hon. Janis L. Sammartino
United States District Judge

---

file it using the proper CM/ECF account, *see* ECF No. 120. Accordingly, the Court **DENIES AS MOOT** the original, withdrawn Motion (ECF No. 119).