UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION,<br><br>Defendant. | Case No.: 18-CV-1292 JLS (KSC)<br><br>**ORDER APPROVING STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>(ECF No. 123) |
| NATIONAL STRENGTH AND CONDITIONING ASSOCIATION,<br><br>Counter-Claimant,<br><br>v.<br><br>NATIONAL CASUALTY COMPANY,<br><br>Counter-Defendant. | |

Presently before the Court is the Parties' Stipulation Dismissing Entire Action with Prejudice ("Stip," ECF No. 123). Good cause appearing, the Court **APPROVES** the Stipulation. As stipulated by and between the Parties, the entire above-named action, including National Casualty Company's ("National Casualty") claims asserted against National Strength and Conditioning Association ("NSCA") and NSCA's counterclaims

1  asserted against National Casualty, is **DISMISSED WITH PREJUDICE**, with each party
2  to bear its own attorneys' fees and costs.  As this concludes the litigation in this matter, the
3  Clerk of the Court **SHALL CLOSE** the file.
4      **IT IS SO ORDERED.**
5  Dated:  January 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge